UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FORD MOTOR CREDIT COMPANY,
LLC, a Delaware Limited
Liability Company,

                                NO. CIV. S-08-1407 LKK/DAD

        Plaintiff,

   v.

                                O R D E R

WILSON-CORNELIUS FORD, a
California Corporation,

        Defendant.

_____/

    A hearing is SET for plaintiff's application for writ of possession on June 26, 2008 at 10:00 a.m. Plaintiff shall immediately SERVE a copy of this order and all documents in this case upon defendant. Defendant may, if it chooses, submit an opposition to the application.

    IT IS SO ORDERED.

    DATED: June 24, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT