MARK JOSEPH KENNEY (State Bar No. 87345)
DUANE M. GECK (State Bar No. 114823)
DONALD H. CRAM (State Bar No. 160004)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439
Email: dhc@severson.com

Attorneys for Plaintiff
FORD MOTOR CREDIT COMPANY, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, LLC a Delaware Limited Liability Company,<br><br>            Plaintiff,<br><br>     vs.<br><br>WILSON-CORNELIUS FORD, a California Corporation,<br><br>            Defendant. | Case No.:  2:08-CV-01407-LKK-DAD<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Judge:  Hon. Lawrence K. Karlton<br>Complaint Date:  June 20, 2008 |

Pursuant to the Stipulation for Dismissal with Prejudice between Plaintiff, Ford Motor Credit Company, LLC ("Ford Credit"), and Defendant, Wilson-Cornelius Ford ("Wilson-Cornelius"), filed in accordance with Rule 41(a) of the Federal Rule of Civil Procedure, and for good cause appearing:

IT IS HEREBY ORDERED, that the above captioned action is hereby dismissed with prejudice as to all Defendants;

IT IS FURTHER ORDERED, that each party shall bear its own attorneys fees and costs incurred herein.

DATED:  December 8, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com